Appeal No. 85985 from Judgment dated Dec. 27, 1991; William Leonard Stewart, Ruling Judge, Harrison County Chancery Court, First Judicial District.
Michael C. Moore, Atty. Gen., Sanford R. Horton, Jr., Sp. Asst. Atty. Gen., Jackson, for appellees.
Before PRATHER, P.J., and SULLIVAN and JAMES L. ROBERTS, Jr., JJ.
Affirmed in Part; Reversed and Rendered in Part.
HAWKINS, C.J., DAN M. LEE, P.J., and BANKS and SMITH, JJ., concur.
McRAE, J., concurs in result only.
PITTMAN, J., not participating.